IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTHONY HART, SR.**                                                                                         **PLAINTIFF**

v.                            CASE NO. 2:23-CV-00095-BSM

**TOMMY WATLINGTON, St. Francis
County Sheriff and JOHN MARLOW,
Forrest City Police Officer**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE